FILED

11/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0544

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

JUSTIN JAMES SWANSON,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 30, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 21 2022